1  KEVIN V. RYAN (CSBN 118321)
   United States Attorney
2
3  EUMI L. CHOI (WVBN 0722)
   Chief, Criminal Division
4  DOUGLAS SPRAGUE (CSBN 202121)
   Assistant United States Attorney
5
       450 Golden Gate Avenue; Box 36055
6      San Francisco, California 94102
       Telephone: (415) 436-7183
7      FAX: (415) 436-7234

8  Attorneys for Plaintiff

9                    UNITED STATES DISTRICT COURT
10                  NORTHERN DISTRICT OF CALIFORNIA
11                           OAKLAND DIVISION
12

13 | UNITED STATES OF AMERICA,              ) No. 4-05-70636
14 |                                        )
   |         Plaintiff,                     ) STIPULATION AND [PROPOSED]
15 |                                        ) ORDER CONTINUING PRELIMINARY
   |    v.                                  ) HEARING OR ARRAIGNMENT DATE
16 |                                        ) AND WAIVING TIME
   | BRACHELLE FIFER,                       )
17 |                                        )
   |         Defendant.                     ) OAKLAND VENUE
18 | _____)

19     The parties request and stipulate that the date for the preliminary hearing or arraignment
20 of defendant, Brachelle Fifer, be continued from Friday, August 12, at 10:00 a.m., to Wednesday,
21 August 31, at 10:00 a.m. The parties also request and stipulate that, pursuant to Federal Rule of
22 Criminal Procedure (FRCP) 5.1(d), the time limits set forth in FRCP 5.1(c) be tolled and waived
23 from August 12, 2005, to and including August 31, 2005. The parties agree that – taking into
24 account the public interest in prompt disposition of criminal cases – good cause exists for this
25 extension. Defendant also
26 //
27 //
28 //

STIP. AND PROP. ORDER RE: PRELIM/ARRAIGNMENT;
4-05-70636

| | |
|---|---|
| 1 | agrees to toll and to waive for this period of time any time limits applicable under Title 18, |
| 2 | United States Code, Section 3161 |
| 3 | **IT IS SO STIPULATED**. |

4  DATED: August 11, 2005                    Respectfully submitted,

                                             KEVIN V. RYAN
                                             United States Attorney

                                             By _____ STRETCH
                                             W. DOUGLAS SPRAGUE        for Sprague
                                             Assistant U.S. Attorney

10 DATED: August 11, 2005

                                             _____ STRETCH
                                             MICHAEL SHEPARD  WITH AUTHORIZATION FOR
                                             Attorney for Defendant Brachelle Fifer   Shepard

12 **IT IS SO ORDERED**.

13 DATED: August 11, 2005

                                             _____
                                             WAYNE D. BRAZIL
                                             United States Magistrate Judge

[Seal: UNITED STATES DISTRICT COURT NORTHERN DISTRICT OF CALIFORNIA — IT IS SO ORDERED / Judge Wayne D. Brazil]

STIP. AND ~~PROP~~. ORDER RE: PRELIM/ARRAIGNMENT;
4-05-70636