1  KEVIN V. RYAN (CSBN 118321)
   United States Attorney

2

3  EUMI L. CHOI (WVBN 0722)
   Chief, Criminal Division

4  DOUGLAS SPRAGUE (CSBN 202121)
   Assistant United States Attorney

5
      450 Golden Gate Avenue; Box 36055
6     San Francisco, California 94102
      Telephone: (415) 436-7183
7     FAX: (415) 436-7234

8  Attorneys for Plaintiff

9
                    UNITED STATES DISTRICT COURT
10
                  NORTHERN DISTRICT OF CALIFORNIA
11
                         OAKLAND DIVISION
12

13
   UNITED STATES OF AMERICA,      )    No. 4-05-70636-WDB
14                                 )
          Plaintiff,               )    STIPULATION AND [PROPOSED]
15                                 )    ORDER CONTINUING PRELIMINARY
       v.                          )    HEARING OR ARRAIGNMENT DATE
16                                 )    AND WAIVING TIME
   BRACHELLE FIFER,                )
17                                 )
          Defendant.               )    OAKLAND VENUE
18  _____)

19      The parties request and stipulate that the date for the preliminary hearing or arraignment

20  of defendant, Brachelle Fifer, be continued from Wednesday, August 31, at 10:00 a.m., to

21  Wednesday, September 14, at 10:00 a.m.  The parties also request and stipulate that, pursuant to

22  Federal Rule of Criminal Procedure (FRCP) 5.1(d), the time limits set forth in FRCP 5.1(c) be

23  tolled and waived from August 29, 2005, to and including September 14, 2005.  The parties

24  agree that –  taking into account the public interest in prompt disposition of criminal cases –

25  good cause exists for this extension.  Defendant also agrees to toll and to waive for this period of

26  time any time limits applicable under Title 18, United States Code, Section 3161.  Undersigned

27  defense counsel represents that he has spoken with his client, Ms. Fifer, and that Ms. Fifer

28  //

   STIP. AND PROP. ORDER RE: PRELIM/ARRAIGNMENT;
   4-05-70636

1  requests and agrees to the continuance and to time being tolled and waived as requested.

2  **IT IS SO STIPULATED**.

3  DATED:        August 29, 2005                    Respectfully submitted,

4                                                   KEVIN V. RYAN
                                                    United States Attorney
5

6                                                   By_____/s/_____
                                                    W. DOUGLAS SPRAGUE
7                                                   Assistant U.S. Attorney

8  DATED:        August 29, 2005                    _____/s/_____
                                                    MICHAEL SHEPARD
9                                                   Attorney for Defendant Brachelle
                                                    Fifer
10

   **IT IS SO ORDERED.**
11

   DATED:        August 30 , 2005
12                                                  _____
                                                    WAYNE D. BRAZIL
13                                                  United States Magistrate Judge

14

15

16                                                  GRANTED

17                                                  Judge Wayne D. Brazil

18

19

20

21

22

23

24

25

26

27

28

   STIP. AND ~~PROP~~. ORDER RE: PRELIM/ARRAIGNMENT;
   4-05-70636