1  KEVIN V. RYAN (CASBN 118321)
   United States Attorney

2

3  EUMI L. CHOI (WVBN 0722)
   Chief, Criminal Division

4  W. DOUGLAS SPRAGUE (CASBN 202121)
   Assistant United States Attorney

5

6      450 Golden Gate Avenue
       San Francisco, California 94102
7      Telephone: (415) 436-7183
       Fax:       (415) 436-7234

8  Attorneys for Plaintiff

9              UNITED STATES DISTRICT COURT

10            NORTHERN DISTRICT OF CALIFORNIA

11                  OAKLAND DIVISION

12  UNITED STATES OF AMERICA,        )   No. CR 05-00617 CW
                                     )
13          Plaintiff,               )
                                     )
14  v.                               )   ORDER GRANTING APPLICATION
                                     )   SEALING PLEA AGREEMENT
15  BRACHELLE D. FIFER,              )
                                     )
16          Defendant.               )   Honorable Claudia Wilken
                                     )
17                                   )
                                     )
18  _____ )

19          The United States hereby applies for an order sealing (1) the Plea Agreement entered into

20  by defendant Brachelle Fifer and the government on October 3, 2005, and (2) the Declaration of

21  W. Douglas Sprague in Support of Application to Seal Plea Agreement ("Declaration").  The

22  United States requests that these documents be sealed for the reasons set forth in the Declaration,

23  which is being filed separately and under seal.

    DATED: October 12, 2005              Respectfully submitted,
24
                                         KEVIN V. RYAN
25                                       United States Attorney

26                                       _____/s/_____
27                                       W. DOUGLAS SPRAGUE
                                         Assistant United States Attorney
28

APP. & [PROP.] SEALING ORDER [Fifer]
CR 05-00617 CW              1

1

<u>ORDER</u>

2    Good cause appearing therefor, IT IS HEREBY ORDERED THAT defendant Brachelle

3 Fifer's Plea Agreement and the Declaration of W. Douglas Sprague in Support of Application to

4 Seal Plea Agreement are to be filed and maintained under seal until further order of the Court.

5 The government shall provide copies to defendant and to the U.S. Probation Officer.

6    IT IS SO ORDERED.

7 DATED:      October 13, 2005

8                                              _____

9                                              HON. CLAUDIA WILKEN
                                               United States District Court Judge

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28