MICHAEL J. SHEPARD (State Bar No. 91281)
ANAGHA DANDEKAR CLIFFORD (State Bar No. 233806)
HELLER EHRMAN LLP
333 Bush Street
San Francisco, California 94104-2878
Telephone: (415) 772-6000
Facsimile: (415) 772-6268

Attorneys for Defendant
BRACHELLE FIFER

# UNITED STATES DISTRICT COURT

# NORTHERN DISTRICT OF CALIFORNIA

| UNITED STATES OF AMERICA, | Case No.: CR-05-00617-CW |
|---|---|
| Plaintiff, | **STIPULATION AND [PROPOSED] ORDER CONTINUING HEARING RE SENTENCING** |
| v. | |
| BRACHELLE FIFER, | |
| Defendant. | Oakland Venue |
| | The Honorable Claudia Wilken<br>Date: February 13, 2006<br>Time: 2:30 p.m. |

The United States and defendant Brachelle Fifer, through their respective counsel, stipulate and agree as follows:

**RECITALS**

1. On October 3, 2005, the defendant Brachelle Fifer plead guilty to one count of honest services mail fraud before this Court.

2. In order to accommodate a thorough submission of information sought by the probation office, additional information sought by the Federal Bureau of Investigation and the professional commitments of United States' counsel, the United States and Ms. Fifer agree that the January 9th sentencing hearing should be continued until February 13, 2006, at 2:30 p.m.

3. The parties agree that pursuant to Criminal Local Rule 32-2 Ms. Fifer, the United States and the Probation Officer will be available on February 13, 2006, if that date is granted.

///
//
/

1

ORDER CONTINUING HEARING RE SENTENCING
CASE NO. CR-05-00454-CW

## STIPULATION

Based on the foregoing, IT IS HEREBY STIPULATED AND AGREED that, with this Court's permission, the hearing on Ms. Fifer's Sentencing, currently scheduled for January 9, 2006, shall be continued until February 13, 2006, at 2:30 p.m. It is further AGREED that all parties will be available if that date is granted.

IT IS SO STIPULATED AND AGREED.

DATED: December 1, 2005        Respectfully submitted,

HELLER EHRMAN LLP

By _____Michael Shepard (ADC)_____
         Michael J. Shepard

Attorneys for Defendant
Brachelle Fifer

DATED: December 1, 2005        UNITED STATES OF AMERICA

By _____Douglas Sprague (ADC)_____
         W. Douglas Sprague
         Office of the United States Attorney
         450 Golden Gate Avenue
         Eleventh Floor
         San Francisco, CA  94102
         (415) 436-7200
         (415) 436-7234  FAX

Attorneys for the United States

Pursuant to the foregoing stipulation, IT IS SO ORDERED.

/s/ CLAUDIA WILKEN

DATED: 12/6, 2005        _____
                         THE HONORABLE CLAUDIA WILKEN
                         United States District Judge

2

ORDER CONTINUING HEARING RE SENTENCING
CASE NO. CR-05-00454-CW