1  MICHAEL J. SHEPARD (State Bar No. 91281)
   ANAGHA DANDEKAR CLIFFORD (State Bar No. 233806)
2  HELLER EHRMAN LLP
   333 Bush Street
3  San Francisco, California 94104-2878
   Telephone: (415) 772-6000
4  Facsimile: (415) 772-6268

5  Attorneys for Defendant
   BRACHELLE FIFER

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| UNITED STATES OF AMERICA, | Case No.: CR-05-00617-CW |
|---|---|
| Plaintiff, | **STIPULATION AND [PROPOSED] ORDER CONTINUING FILING DATE OF SENTENCING MEMORANDA** |
| v. | |
| BRACHELLE FIFER, | |
| Defendant. | Oakland Venue |
| | The Honorable Claudia Wilken |
| | Date: February 13, 2006 |
| | Time: 2:30 p.m. |

ORDER CONTINUING FILING DATE OF SENTENCING MEMORANDA
CASE NO. CR-05-00454-CW

1  The United States and defendant Brachelle Fifer, through their respective counsel,
2  stipulate and agree as follows:

### **RECITALS**

1. On October 3, 2005, the defendant Brachelle Fifer pled guilty to one count of honest services mail fraud before this Court. Ms. Fifer's sentencing hearing is set for February 13, 2006 at 2:30 p.m.

2. In order to accommodate the scheduling commitments of defense counsel, the parties agree that the February 6, 2006 filing date for sentencing memoranda should be continued until February 8, 2006.

///
//
/

1

ORDER CONTINUING FILING DATE OF SENTENCING MEMORANDA
CASE NO. CR-05-00454-CW

## STIPULATION

Based on the foregoing, IT IS HEREBY STIPULATED AND AGREED that, with this Court's permission, the filing of sentencing memoranda, currently scheduled for February 6, 2006, shall be continued until February 8, 2006. The date set for Ms. Fifer's sentencing, February 13, 2006 at 2:30, remains unchanged.

IT IS SO STIPULATED AND AGREED.

DATED: January 6, 2005          Respectfully submitted,

HELLER EHRMAN LLP

By _Michael Shepard (ADC)_
           Michael J. Shepard

Attorneys for Defendant
Brachelle Fifer

DATED: January 6, 2005          UNITED STATES OF AMERICA

By _Douglas Sprague (ADC)_
           W. Douglas Sprague
           Office of the United States Attorney
           450 Golden Gate Avenue
           Eleventh Floor
           San Francisco, CA 94102
           (415) 436-7200
           (415) 436-7234 FAX

Attorneys for the United States

Pursuant to the foregoing stipulation, IT IS SO ORDERED.

DATED: __1/10__, 2005          _____
                               THE HONORABLE CLAUDIA WILKEN
                               United States District Judge

*GRANTED — Claudia Wilken, Judge Claudia Wilken*
*[Seal: United States District Court, Northern District of California]*

2