# United States District Court

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA ) | |
| ) | |
| vs. ) | Docket Number: CR 05-00617-1 CW |
| ) | |
| Brachelle D. Fifer ) | |

**ORDER CONTINUING DATE OF JUDGMENT AND SENTENCE**

ON MOTION OF THE PROBATION OFFICER and good cause appearing, it is hereby ordered that the judgment and sentence originally set for _____February 13, 2006_____ be continued until _____March 6, 2006_____ at _____2:30 pm_____.

Date: FEB - 7 2006

Claudia Wilken
United States District Judge

NDC-PSR-009 12/06/04